# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: STEVEN E. SHELTON & NICOLLE L. SHELTON        Case Number: 08-72456
208 W. 2ND STREET                                   SSN-xxx-xx-9528 & xxx-xx-5529
LEAF RIVER, IL  61047

Case filed on:    7/31/2008
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan:   $0.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 001 | COUNTRYWIDE HOME LOANS INC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Continue | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | STEVEN E. & NICOLLE L. SHELTON (PRO SE) | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | PIERCE & ASSOCIATES P.A. | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | COUNTRYWIDE HOME LOANS INC | 22,639.90 | 19,000.00 | 0.00 | 0.00 |
|  | Total Secured | 22,639.90 | 19,000.00 | 0.00 | 0.00 |
| 004 | ALLIANCE ONE REC. MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | BANK OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CACH LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CAPITAL ONE | 2,152.38 | 2,152.38 | 0.00 | 0.00 |
| 008 | LVNV FUNDING LLC | 4,236.47 | 4,236.47 | 0.00 | 0.00 |
| 009 | ROUNDUP FUNDING LLC | 1,151.58 | 1,151.58 | 0.00 | 0.00 |
| 010 | JEFFERSON CAPITAL SYSTEMS, LLC | 925.47 | 925.47 | 0.00 | 0.00 |
| 011 | LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | PORTFOLIO RECOVERY ASSOCIATES | 1,057.24 | 1,057.24 | 0.00 | 0.00 |
| 015 | REDLINE RECOVERY SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | ROCKFORD MERCANTILE | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | RRCA ACCOUNT MGMT | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | RRCA ACCOUNTS MANAGEMENT | 1,012.07 | 1,012.07 | 0.00 | 0.00 |
| 020 | LVNV FUNDING LLC | 2,086.91 | 2,086.91 | 0.00 | 0.00 |
| 021 | SEARS / CBSD | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | SST COLUMBUS BANK & TRUST | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | SST / CIGPF1CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | LVNV FUNDING LLC | 4,383.18 | 4,383.18 | 0.00 | 0.00 |
| 025 | DFS SERVICES LLC | 3,182.52 | 3,182.52 | 0.00 | 0.00 |
| 026 | ROUNDUP FUNDING LLC | 305.00 | 305.00 | 0.00 | 0.00 |
| 027 | PORTFOLIO RECOVERY ASSOCIATES | 3,229.61 | 3,229.61 | 0.00 | 0.00 |
| 028 | ECAST SETTLEMENT CORPORATION | 729.03 | 729.03 | 0.00 | 0.00 |
| 029 | LVNV FUNDING LLC | 2,249.03 | 2,249.03 | 0.00 | 0.00 |
| 030 | LVNV FUNDING LLC | 3,359.32 | 3,359.32 | 0.00 | 0.00 |
| 031 | LVNV FUNDING LLC | 5,839.47 | 5,839.47 | 0.00 | 0.00 |
|  | Total Unsecured | 35,899.28 | 35,899.28 | 0.00 | 0.00 |
|  | Grand Total: | 58,539.18 | 54,899.28 | 0.00 | 0.00 |

Total Paid Claimant:        $0.00
Trustee Allowance:          $0.00
Percent Paid Unsecured:     0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_____
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/30/2008                    By  /s/Heather M. Fagan